UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:11-CR-121(01)RM |
| ) | |
| ALAN ROBERTS ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 17, 2011. Accordingly, the court ADOPTS those findings and recommendations [docket # 18], ACCEPTS defendant Alan Roberts' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  December 8, 2011

/s/ Robert L. Miller, Jr.
Judge, United States District Court